USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HERCULES CAPITAL, INC.,

Plaintiff,

v.

THE HOME DEPOT, INC. and
HOME DEPOT U.S.A., INC.

Defendants.

CIVIL ACTION FILE

NO. 24-cv-07985

JURY TRIAL DEMANDED

**[PROPOSED] ORDER DISMISSING WITH PREJUDICE
DEFENDANT THE HOME DEPOT, INC. AND TRANSFERRING ACTION**

Now before the Court is the Parties' Joint Motion to Dismiss with Prejudice Defendant The Home Depot, Inc. pursuant to Federal Rule of Civil Procedure 41(a), and to transfer the action to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. § 1404.  The Motion is **GRANTED**.  The Clerk is **DIRECTED** to dismiss all claims against Defendant The Home Depot, Inc., and to transfer the action to the United States District Court for the Northern District of Georgia.

So ordered this 26th day of February, 2025.

_____
THE HONORABLE VICTOR MARRERO
United States District Judge
Southern District of New York